UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANGEL GARCIA AND SELVIN GARCIA | § § | |
| vs. | § § | CIVIL NO:  AU:16-CV-00014-LY |
| NEW 888 RESTAURANT, L.L.C., KEVIN LE, AND LIEN TRAN | § § § | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case has been set for an INITIAL PRETRIAL CONFERENCE in Chambers, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **December 21, 2016 at 3:30 PM.**

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

FURTHER, the parties are notified that at the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this **12th day of October, 2016**.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE